UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY MCLAUGLIN,

    Petitioner,

-vs-                                                        Case No.  8:07-CV-2223-T-30TBM

JAMES R. MCDONOUGH, SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

# ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion to Compel Respondents to Serve Petitioner with Appendix to Response (hereinafter "motion to compel") (Dkt. #14) in which Petitioner moves the Court to instruct Respondent to provide him with a copy of the appendix to Respondent's response which the Respondent filed with the Court, and Petitioner's Second Motion for Enlargement of Time (Dkt. #15) to file a reply to Respondent's response.  On May 5, 2008, the Court directed Respondent to respond to Petitioner's motion to compel (Dkt. #16).  On May 9, 2008, Respondent filed his response in which he agreed to serve Petitioner with a complete copy of the appendix (Dkt. #18). Also,  Petitioner filed his reply on May 7, 2008 (Dkt. #17).

      ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's motion to compel (Dkt. #14) is **DENIED** as moot. The motion is denied without prejudice to Petitioner to renew his motion if Respondent has not served a copy of the appendix on Petitioner within thirty (30) days from the date of this order.

2. Petitioner's Second Motion for Enlargement of Time (Dkt. #15) is **GRANTED** *nunc pro tunc* April 21, 2008. Petitioner's reply (Dkt. #17) is deemed timely filed.

**DONE** and **ORDERED** in Tampa, Florida on May 12, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

<u>Copies furnished to:</u>
*Pro se* Petitioner
Counsel of Record